# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Ste. 410
Melville, New York 11797
(631) 247-0404

ATTORNEYS OF RECORD:
WENDY J. MELLK, ESQ. (WM1515)

-----------------------------------------------------------------

| | |
|---|---|
| YEHUDAH LEIB WECHSLER,<br><br>Plaintiff,<br><br>-against-<br><br>ORTHODOX UNION,<br><br>Defendant. | Case No. 07 CIV 9472<br><br>Judge Sweet |

-----------------------------------------------------------------

TO:    YEHUDAH LEIB WECHSLER
       PLAINTIFF, *PRO SE*
       1848 New York Avenue
       Brooklyn, New York 11210
       (718) 677-3565

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE
## FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and

Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant, hereby certify that Defendant's proper name is The Union of Orthodox

Congregations.       Defendant    is    not    publicly-held    and    has    no    publicly

held subsidiaries.

Dated: Melville, New York
     February 21, 2008

                              Respectfully submitted,

                              JACKSON LEWIS LLP
                              *ATTORNEYS FOR DEFENDANT*
                              58 South Service Rd., Ste. 410
                              Melville, New York  11747
                              (631) 247-0404

By:                             
                          WENDY J. MELLK, ESQ. (WM1515)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2008, I caused a true and correct copy of the enclosed <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>, to be served upon Plaintiff via First-Class Mail, by depositing said copy into an official U.S. Postal Service depository addressed to:

YEHUDAH LEIB WECHSLER
PLAINTIFF, *PRO SE*
1848 New York Avenue
Brooklyn, New York  11210

WENDY J. MELLK (WM1515)

I:\Clients\F\84481\84481\Pleadings\Rule 7 1.doc