UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    Wechsler

           -v.-                             07 Civ. 9472 (RWS)

    Orthodox Union
------------------------------------------------------------X

Please be advised that the conference scheduled for __April 2, 08__ has been rescheduled to __April 9, 08__ at __4:30pm__ in Courtroom 18C

Please notify opposing counsel of the change.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

SO ORDERED.

Dated: New York, New York
       3/24/08

_____
ROBERT W. SWEET
United States District Judge