UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

YEHUDAH LEIB WECHSLER,

                Plaintiff,

-against-

ORTHODOX UNION,

                Defendant.

Case No. 07 CIV 9472

Judge Sweet

---

## ORDER OF CONSOLIDATION

Pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, and the proceedings in this matter held before me in this matter on April 9, 2008, it is hereby Ordered that this matter is hereby consolidated for all purposes, including trial, with the action currently pending before this Court captioned "Wechsler v. Orthodox Union, 06-cv-07196-RWS". The Clerk shall consolidate the two cases under docket number 06-cv-7196 and shall dismiss this action with prejudice.

DATED: 4-16-08

SO ORDERED:

_____
U.S.D.J.

I:\Clients\O\113486_WJM\Pleadings\Proposed Order of Consolidation.doc

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```